UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YVONNE WOOD,<br><br>   Plaintiff,<br><br>   v.<br><br>US SUPREME COURT,<br><br>   Defendant. | Case No. 23-cv-02953-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Christ v. U.S. Supreme Court,* 22-cv-02404-YGR.

**IT IS SO ORDERED.**

Dated: June 16, 2023

THOMAS S. HIXSON
United States Magistrate Judge